UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA NAPIER,

    Plaintiff,

v.

THE SUBURBAN COLLECTION., et al.

    Defendants.

Case No. 2:19-cv-10726-GAD-SDD
Hon. Gershwin A. Drain

_____/

## STIPULATED ORDER: (1) SUBMITTING THIS CASE TO ARBITRATION, AND (2) DISMISSING THE CASE

Upon the stipulation of the parties, as evidenced below via the signatures of their duly authorized counsel, the parties agree that the claims brought by Plaintiff in the present lawsuit shall be submitted to final and binding arbitration, pursuant to a private arbitration agreement entered into by the parties, and that the present action should be dismissed.

Based upon the above stipulation of counsel for the parties:

**IT IS ORDERED** that the claims brought by Plaintiff in this lawsuit be submitted to final and binding arbitration, pursuant to a private arbitration agreement entered into by the parties.

01007210-1   1

**IT IS FURTHER ORDERED** that this lawsuit is dismissed without prejudice to the ability of either party to return to the Court for the purpose of asking the Court to enter judgment on any arbitration award pursuant to the Federal Arbitration Act, being 9 U.S.C. § 9.

**IT IS FURTHER ORDERED** that this lawsuit is dismissed.

**IT IS SO ORDERED.**


Dated: October 9, 2019                s/Gershwin A. Drain
                                      Hon. Gershwin A. Drain



**STIPULATED AS TO FORM AND SUBSTANCE:**


/s/ *Thomas R. Warnicke* (w/consent)   /s/ *Suzanne P. Bartos*
THOMAS R. WARNICKE (P47148)            SUZANNE P. BARTOS (P36490)
Law Offices of Thomas R. Warnicke, PLLC  Cummings, McClorey, Davis
Attorneys for Plaintiff                & Acho
16291 W. 14 Mile Road, Suite 21        Attorneys for Defendants
Beverly Hills, MI 48025                17436 College Parkway
(248) 930-4411                         Livonia, Mi 48152
tom@warnickelaw.com                    (734) 261-2400
                                       sbartos@cmda-law.com